THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: March 15, 2019



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>Kimberly N. McGuinness-Rook<br><br>      Debtor. | Chapter: 13<br><br>Case No. 18-26038-beh |

**ORDER PURSUANT TO HEARING UPON MOTION OF WELLS FARGO BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT AND, IF APPLICABLE, RELIEF FROM CO-DEBTOR STAY**

Pursuant to the motion of Wells Fargo Bank, N.A. for an order for relief from the automatic stay and abandonment and, to the extent that it may be applicable, relief from co-debtor stay with respect to the property located at 224 N Kane St, Burlington, WI 53105-1854, this matter was heard on March 12, 2019, the movant appearing through its counsel, Gray & Associates, L.L.P., by Jay Pitner, and the debtor appearing through Nickolai & Poletti, LLC, by William Patrick Nickolai, and Robert W. Stack appearing on behalf of the Chapter 13 trustee and upon the arguments and statements of counsel and all the files, records and proceedings herein,

IT IS HEREBY ORDERED: the stay of 11 U.S.C. §362 is modified to permit the movant to exercise its rights and remedies with respect to the property under its loan documents and applicable nonbankruptcy law.

<u>Drafted by:</u>

Jay Pitner
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: jpitner@gray-law.com

IT IS FURTHER ORDERED: the co-debtor stay of 11 U.S.C. § 1301 is modified to permit the Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable non-bankruptcy law.

IT IS FURTHER ORDERED: the trustee is authorized and ordered to abandon the property from the bankruptcy estate under 11 U.S.C. § 554, and abandonment is effective upon entry of this order.

IT IS FURTHER ORDERED: the movant's proof of claim number 3 is withdrawn.

IT IS FURTHER ORDERED: all other relief requested in the motion is denied.

IT IS FURTHER ORDERED: this order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).

#####